Michael Lynn BEATTIE, Appellant,

v.

Chris KOSTER, Respondent.

No. WD 74231.

Missouri Court of Appeals,
Western District.

Aug. 28, 2012.

---

Michael L. Beattie, Appellant Pro Se, for appellant.

Terrence Michael Messonnier, Jefferson City, MO, for respondent.

THOMAS H. NEWTON, P.J., JAMES M. SMART, Jr., and GARY D. WITT, JJ.

### ORDER

PER CURIAM:

Michael Lynn Beattie pleaded guilty to first-degree child endangerment and felony murder. The felony murder involved the death of the child that Beattie endangered. Beattie now appeals the trial court's judgment dismissing his petition for declaratory judgment for failure to state a claim upon which relief may be granted. Because a declaratory judgment is not the proper means of challenging a valid conviction, we affirm. Rule 84.16(b).